UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOUTTE,<br><br>Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SYSTEM, INC.,<br><br>Defendant(s). | No. C07-5271 BZ<br><br>**ORDER REQUIRING *IN FORMA PAUPERIS* APPLICATION** |

Plaintiff seeks to proceed *in forma pauperis,* which requires him to provide proof of indigency pursuant to 28 U.S.C. § 1915(a). Plaintiff's unsworn motion provides insufficient information to evaluate whether plaintiff qualifies for *in forma pauperis* status. Plaintiff is **HEREBY ORDERED** to file a copy of the attached *in forma pauperis* application or pay the $350 filing fee by **November 15, 2007**.

Dated: October 26, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Bouette v. Experian\order denying in forma pauperis.wpd



Dockets.Justia.com